CO-386-online
10/03

# United States District Court
# For the District of Columbia

Gary John Byrne/GJB LLC

vs    Plaintiff

The Clinton Foundation, et al

Defendant

Civil Action No. _____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Gary John Byrne/GJB LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  GJB LLC  which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

MARK R. HEILBRUN
Print Name

434681
BAR IDENTIFICATION NO.

1300 Pennsylvania Ave., Suite 190
Address

Washington, D.C.   20004
City     State     Zip Code

(202) 577-9178
Phone Number