AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Gary John Byrne <br><br> *Plaintiff(s)* <br> v. <br><br> The Clinton Foundation, et al <br><br> *Defendant(s)* | Civil Action No. 18-1422 (PLF) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    GEORGE SOROS
    178 Cantitoe Street
    Katonah, NY 10536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Mark R. Heilbrun
    Law Office of Mark Heilbrun
    Reagan International Trade Center
    1300 Pennsylvania Avenue, N.W.
    Suite 190, #414
    Washington, D.C. 20004
    mh@harlanbradleyllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 6/20/2018

/s/ Sherryl Horn
*Signature of Clerk or Deputy Clerk*