## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

| | |
|---|---|
| **Gary J. Byrne / GJB, LLC** | Attorney: Mark R. Heilbrun |
| Plaintiff(s), | Law Office of Mark Heilbrun |
| VS. | 9412 Crosspointe Drive |
| | Fairfax Station VA 22039 |
| **The Clinton Foundation a/k/a Bill, Hillary & Chelsea Clinton Foundation, et al** | |
| Defendant(s). | |



*230436*

**Case Number: 1:18-cv-01422-PLF**

Legal documents received by Same Day Process Service, Inc. on **06/20/2018** at **12:28 PM** to be served upon **The Clinton Foundation a/k/a Bill, Hillary & Chelsea Clinton Foundation, by serving Corporation Service Company at 1090 Vermont Ave., NW, #430, Washington, DC 20005**

I, **Patrick Isidore**, swear and affirm that on **June 20, 2018** at **2:20 PM**, I did the following:

Served **The Clinton Foundation a/k/a Bill, Hillary & Chelsea Clinton Foundation, by serving Corporation Service Company** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** to **Louis Lance** as **Intake Specialist & Authorized Agent** of **The Clinton Foundation a/k/a Bill, Hillary & Chelsea Clinton Foundation, by serving Corporation Service Company** at **1090 Vermont Ave., NW, #430 , Washington, DC 20005**.

**Description of Person Accepting Service:**
Sex: Male Age: 60-65 Height: 5ft0in-5ft4in Weight: 131-160 lbs Skin Color: Unknown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Patrick Isidore**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 230436

District of Columbia: SS
Subscribed and Sworn to before me
this _21_ day of _June_, _2018_

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

