# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Gary John Byrne,

                Plaintiff,

       v.

Clinton Foundation, *et al.*,

                Defendants.

Civil Action No. 1:18-cv-01422 (PLF)

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for True Blue Media, LLC d/b/a Shareblue Media, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of True Blue Media, LLC which have any outstanding securities in the hands of the public.

Dated:  July 2, 2018

Respectfully submitted,

By /s/   Ezra Reese

Marc E. Elias (D.C. Bar No. 442007)
Ezra Reese (D.C. Bar No. 487760)
Brian Simmonds Marshall (D.C. Bar No. 501670)
**Perkins Coie, LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
melias@perkinscoie.com
ereese@perkinscoie.com
bmarshall@perkinscoie.com

*Attorneys for Defendants Media Matters for America, Correct the Record, American Bridge 21st Century, True Blue Media, LLC, Citizens for Responsibility and Ethics in Washington, and David Brock*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2018, I caused the foregoing to be filed and served electronically upon registered parties with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated:  July 2, 2018                                    Respectfully submitted,

By /s/   Ezra Reese

Marc E. Elias (D.C. Bar No. 442007)
Ezra Reese (D.C. Bar No. 487760)
Brian Simmonds Marshall (D.C. Bar No. 501670)
**Perkins Coie, LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
melias@perkinscoie.com
ereese@perkinscoie.com
bmarshall@perkinscoie.com

*Attorneys for Defendants Media Matters for America, Correct the Record, American Bridge 21st Century, True Blue Media, LLC, Citizens for Responsibility and Ethics in Washington, and David Brock*