# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary John Byrne,<br><br>    Plaintiff,<br><br> v.<br><br>Clinton Foundation, *et al.*,<br><br>    Defendants. | Civil Action No. 1:18-cv-01422 (PLF) |

**OPPOSITION TO MOTION FOR EXTENSION OF TIME**

  Plaintiff respectfully opposes the MOTION FOR EXTENSION OF TIME requested by Defendants Media Matters for America, Correct the Record, American Bridge 21st Century, True Blue Media, LLC d/b/a Shareblue Media, Citizens for Responsibility and Ethics in Washington, and David Brock (collectively, "Movants") to respond, pursuant to Local Civil Rule 7 and as set forth in the attached Opposing Points and Authorities.  In the alternative, if Movants are granted the extension of time they have requested, Plaintiff respectfully requests that he be permitted a proportionate extension of thirty-three (33) days beyond the normally permissible time period in which to file his Reply by September 10, 2018.

                Respectfully submitted,

                */s/ Mark R. Heilbrun*
                MARK R. HEILBRUN
                **D.C. Bar 434681**
                Law Office of Mark Heilbrun
                Reagan International Trade Center
                1300 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
                (202) 577-9178

                *Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Gary John Byrne, <br><br> Plaintiff, <br><br> v. <br><br> Clinton Foundation, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-01422 (PLF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Plaintiff respectfully sets forth, as required by Local Rule 7, his Memorandum of Points and Authorities in support of his opposition to the Motion for Extension of Time by Defendants Media Matters for America, Correct the Record, American Bridge 21st Century, True Blue Media, LLC d/b/a Shareblue Media, Citizens for Responsibility and Ethics in Washington, and David Brock (collectively, "Movants").

If Movants are granted the extension of time they have requested, Plaintiff respectfully requests that he be permitted two-thirds of the time the honorable court allows to these defendants in which to file his Reply, which is proportionate and fair pursuant to Local Rule and would amount to thirty-three (33) days ending upon and inclusive of September 10, 2018.

I.   POINTS AND AUTHORITIES

1. In light of the extraordinary involvement and knowledge of Perkins Coie LLP and the Movants with respect to the factual allegations in the noted Complaint, and the concomitant expertise that the Perkins Coie LLP law firm has with respect to the six closely-related - as

conceded in Exhibit A to said Complaint - Perkins Coie clients and the allegations against them, it should have been expected by Movants and their long-time Perkins Coie counsel that no extension of time would have been necessary.

2. In good faith, and consistent with Local Rule 7 (and all other applicable federal/local rules) and myriad factors militating in favor of moving this matter forward while attempting to accommodate the ability of Perkins Coie LLP to draft and file their dispositive motions together, Plaintiff would suggest that Movants respond by July 20, 2018.

3. The thin rationale by Movants for an extension of time is "[d]ue to the length of the Complaint and number of defendants, and to provide sufficient time for Movants to respond, Movants request an extension to August 8, 2018 to respond to Plaintiff's Complaint, four weeks after the current deadline".

4. The Movants mischaracterize the length and breadth of the Complaint, as Plaintiff has included a Rico Case Statement within the same document at ECF 1 (as corrected at ECF 3). Further, the "number of defendants" should cause no concern for Perkins Coie LLP as they will file their 12(b) motions for all defendants at the same time and within the same inclusive dispositive motion(s).

5. Further, movant David Brock was served with a hold notice and retraction demand in late July of 2016 with respect to himself and defendants/movants Media Matters for America, Correct the Record, and American Bridge 21st Century, and these defendants/movants have been long-term clients of Perkins Coie LLP – which in turn has been on notice of the allegations in the Complaint for many months, at minimum.

6. As such, and considering the worldwide publicity attained by current Perkins Coie LLP and its lead counsel here, Marc Erik Elias (who is also an indispensable witness and potential

defendant in this case) it is rather astonishing that preparation has not been undertaken well in advance by Perkins Coie LLP - thus obviating the need for an extension of time in which to respond.

7. The Perkins Coie LLP request of nearly 50 days response time for the Movants appears not only unreasonable but also unnecessary, for as noted Perkins Coie LLP will be filing 12(b) motions on behalf of all Movants at the same time. Alternatively, and consistent with the foregoing, any Answer could be completed promptly as Perkins Coie LLP has deep and broad expertise, and has had abundant notice, with respect to the facts alleged.

8. A response by Movants, before and/or inclusive of July 20, 2018, and in light of the foregoing, represents more than should be expected by the Perkins Coie LLP Movant clients for a matter they have long anticipated, and during which several within their partnership will be called as witnesses (at the very least).

9. It does not escape the attention of anyone that Marc Erik Elias, the lead counsel for Movants in this matter, will also be summoned as a witness concerning matters involving other Perkins Coie LLP clients for which Elias is the relationship partner, *e.g.*, the Democratic National Committee, and/or for whom he has performed an integral role, *e.g.*, Fusion GPS and concomitant FISC issues, in various interrelated (and/or slightly unrelated) affairs. This, however, should not constitute a reason for such a lengthy extension. Rather, Elias (an accomplished political law practitioner), should not be asked to risk ethical and legal jeopardy by involving himself in this matter – particularly as Perkins Coie partner Ezra Reese has entered an appearance.

10. Plaintiff thereby opposes the requested Movant extension period and proposes a shorter extension period for their Response ending at 11:59 p.m. on Friday, July 20, 2018. In the

alternative, if this honorable court concludes that Movants will be granted an extension through August 8th, Plaintiff should be provided a proportional extension for his Reply equivalent to two-thirds of the extended time period requested by Movants.  Under such a scheduling order, Plaintiff would respond by 11:59 p.m. on Monday, September 10, 2018.

II.  CONCLUSION

Plaintiff opposes the unreasonable and unnecessary request for extension of time by Movants, and suggests instead an extension through July 20, 2018.  In the alternative, and to avoid the appearance of bias, Plaintiff should have the time in which to reply to the (dispositive) Response of Movants extended by a proportionate degree.

Respectfully submitted,

*/s/    Mark R. Heilbrun*
MARK R. HEILBRUN
**D.C. Bar 434681**
Law Office of Mark Heilbrun
Reagan International Trade Center
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2018, I caused the foregoing to be filed and served electronically upon registered parties with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated:  July 3, 2018                               Respectfully submitted,

                                                                    By /s/ Mark Heilbrun__

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Gary John Byrne,<br><br>    Plaintiff,<br><br>v.<br><br>Clinton Foundation, *et al.*,<br><br>    Defendants. | Civil Action No. 1:18-cv-01422 (PLF) |

**[PROPOSED] ORDER**

  **IT IS HEREBY ORDERED THAT** the Motion of Media Matters for America, Correct the Record, American Bridge 21st Century, True Blue Media, LLC d/b/a Shareblue Media, Citizens for Responsibility and Ethics in Washington, and David Brock (collectively, "Movants") for Extension of Time is hereby DENIED. Movants shall have until July 20, 2018 to respond to Plaintiff's Complaint (ECF No. 1, as corrected by ECF No. 3).

**SO ORDERED.**

Date:_____, 2018        _____
                              PAUL L. FRIEDMAN
                              Senior District Court Judge