AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Gary J. Byrne/GJB, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-01422-PLF |
| The Clinton Foundation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Brock, Media Matters for America, True Blue LLC d/b/a Shareblue Media, Correct the Record, American Bridge 21st Century, and Citizens for Responsibility and Ethics in Washington.

Date:    08/06/2018

/s/ Brian S. Marshall
*Attorney's signature*

Brian S. Marshall DC Bar No 501670
*Printed name and bar number*

Perkins Coie LLP
700 13th St NW
Washington, DC 20005
*Address*

bmarshall@perkinscoie.com
*E-mail address*

202-654-1763
*Telephone number*

202-654-6211
*FAX number*