**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY J. BYRNE / GJB, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CLINTON FOUNDATION, ET AL.,<br><br>    Defendants. | Civil Action No. 1:18-cv-1422 (PLF) |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

  Pursuant to Local Civil Rule 83.2(d), Defendants David Brock, Media Matters for America, True Blue LLC d/b/a Shareblue Media, Correct the Record, American Bridge 21st Century, Citizens for Responsibility and Ethics in Washington move for the admission and appearance of attorney Sambo Dul *pro hac vice* in the above captioned action.  This motion is supported by the Declaration of Sambo Dul, filed herewith.  As set forth in Ms. Dul's declaration, she is admitted and an active member in good standing with the following courts and bars: the Arizona Bar, the New York Bar, the United States District Court for the District of Arizona, the United State District Court for the Eastern District of New York, the United State District Court for the Southern District of New York, and the United States Court of Appeals for the Eleventh Circuit.  This motion is supported and signed by Brian Simmonds Marshall, an active and sponsoring member of the Bar of this Court.

Dated:  August 6, 2018

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Brian Simmonds Marshall
Brian Simmonds Marshall
D.C. Bar No. 501670
BMarshall@perkinscoie.com

Attorneys for Defendants
David Brock, Media Matters for America, True Blue LLC d/b/a Shareblue Media, Correct the Record, American Bridge 21st Century, and Citizens for Responsibility and Ethics in Washington

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via the Court's electronic notification system to the following parties on August 6, 2018:

Mark Ramsey Heilbrun
HARLAN BRADLEY LLP
Reagan International Trade Building
1300 Pennsylvania Avenue, NW
Suite 190, #414
Washington, DC 20004

**VIA ECF**
*Attorneys for Plaintiff*

David Evan Kendall
Katherine Marie Turner
WILLIAMS & CONNOLLY LLP
725 12th St. NW
Washington, DC 20005

**VIA ECF**
*Attorneys for William Jefferson Clinton and Hillary Rodham Clinton*

Gloria B. Solomon
TROUT CACHERIS & JANIS PLLC
1350 Connecticut Avenue, NW
Suite 3000
Washington, DC 20036

**VIA ECF**
*Attorneys for John Podesta*

Kevin Andrew Chambers
LATHAM & WATKINS LLP
555 11th Street N.W.
Suite 1000
Washington, DC 20004

**VIA ECF**
*Attorneys for the Clinton Foundation*

Elizabeth J. Bower
Benjamin P. McCallen
WILLKIE FARR & GALLAGHER, LLP
1875 K Street, NW
Washington, DC 20006

**VIA ECF**
*Attorneys for George Soros*

Charles D. Tobin
Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006

**VIA ECF**
*Attorneys for Jonathan Wackrow*

 /s/ Brian Simmonds Marshall
Brian Simmonds Marshall
Attorney for Defendants
David Brock, Media Matters for America, True Blue LLC d/b/a Shareblue Media, Correct the Record, American Bridge 21st Century, Citizens for Responsibility and Ethics in Washington