**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY J. BYRNE / GJB, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE CLINTON FOUNDATION, ET AL.,<br><br>        Defendants. | Civil Action No. 1:18-cv-1422 (PLF) |

**DECLARATION OF SAMBO DUL**
**IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

    I, Sambo Dul, hereby declare:

    1. My name is Sambo Dul.

    2. My office address is 2901 N. Central Avenue, Suite 2000, Phoenix, Arizona 85012. My telephone number is (602) 351-8204.

    3. I am a member of the following bars:

        a.    Arizona State Bar (030313);

        b.    New York State Bar (4895009);

        c.    United States District Court for the District of Arizona;

        d.    United States District Court for the Eastern District of New York;

        e.    United States District Court for the Southern District of New York; and

        f.    Unites States Court of Appeals for the Eleventh Circuit.

    4. I certify that I have never been disciplined by any bar.

    5. I have not been admitted *pro hac vice* in this Court within the past two years.

    6. I am supervised by members of the District of Columbia Bar.

    7. I certify that I am personally familiar with the Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Phoenix, Arizona, this 6th day of August, 2018.

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Sambo Dul
  Sambo Dul
  SDul@perkinscoie.com

Attorneys for Defendants
David Brock, Media Matters for America, True Blue LLC d/b/a Shareblue Media, Correct the Record, American Bridge 21st Century, and Citizens for Responsibility and Ethics in Washington