**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GARY J. BYRNE / GJB, LLC,

          Plaintiff,

     v.

THE CLINTON FOUNDATION, ET AL.,

          Defendants.

Civil Action No. 1:18-cv-1422 (PLF)

**[PROPOSED] ORDER**

The Court has reviewed Defendants David Brock, Media Matters for America, True Blue LLC d/b/a Shareblue Media, Correct the Record, American Bridge 21st Century, and Citizens for Responsibility and Ethics in Washington's motion for admission of attorney Sambo Dul *pro hac vice*. Upon consideration of the motion, the Court grants attorney Sambo Dul *pro hac vice* admission to this court.

SO ORDERED

DATED:_____

_____
United States District Judge