IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY JOHN BYRNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLINTON FOUNDATION *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 18-cv-01422-PLF |

**FORMER PRESIDENT WILLIAM JEFFERSON CLINTON'S AND FORMER SECRETARY HILLARY RODHAM CLINTON'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, former President William Jefferson Clinton and former Secretary Hillary Rodham Clinton respectfully move this Court to dismiss Plaintiff's Corrected Complaint for lack of subject-matter jurisdiction, or, in the alternative, for failure to state a claim.

Dated:  August 8, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/   David E. Kendall
　　　　　　　　　　　　　　　　　　　　　David E. Kendall (DC Bar No. 252890)
　　　　　　　　　　　　　　　　　　　　　Katherine Turner (DC Bar No. 495528)
　　　　　　　　　　　　　　　　　　　　　Michael Mestitz (DC Bar No. 1047260)
　　　　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 434-5000
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 434-5029
　　　　　　　　　　　　　　　　　　　　　dkendall@wc.com
　　　　　　　　　　　　　　　　　　　　　kturner@wc.com
　　　　　　　　　　　　　　　　　　　　　mmestitz@wc.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Former President William*
　　　　　　　　　　　　　　　　　　　　　*Jefferson Clinton and Former Secretary*
　　　　　　　　　　　　　　　　　　　　　*Hillary Rodham Clinton*

## **CERTIFICATE OF SERVICE**

I certify that on August 8, 2018, I caused a copy of the foregoing to be filed and served electronically upon the registered parties with the United States District Court for the District of Columbia via the Court's CM/ECF system.

The following individuals were served by First Class U.S. Mail:

Jan Gilhooly
51 Clarken Drive
West Orange, NJ 07052

The Clinton Global Initiative
John Tisdale (Registered Agent)
200 West Capitol, Suite 2300
Little Rock, AR 72201

The Clinton Foundation
Louis Lance (Authorized Agent)
Corporation Service Company
1090 Vermont Avenue, N.W., #430
Washington, DC 20005

The Clinton Giustra Enterprise Partnership
c/o Frank Giustra
1502 San Ysidro Drive
Beverly Hills, CA 90210

/s/ David E. Kendall
David E. Kendall