AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | )|
|---|---|
| GARY J. BYRNE, ET AL | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 18-CV-01422-PLF |
| CLINTON, ET AL | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  PETER STRZOK
3214 PRINCE WILLIAM DRIVE
FAIRFAX, VIRGINIA 22031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARK R. HEILBRUN
REAGAN INTERNATIONAL TRADE CENTER
1300 PENNSYLVANIA AVENUE, N.W.
SUITE 190, #414
WASHINGTON, D.C. 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                _Signature of Clerk or Deputy Clerk_