## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY JOHN BYRNE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HILLARY RODHAM CLINTON *et al.*, <br><br> Defendants. | Civil Action No. 18-cv-01422-PLF |

### FORMER SECRETARY OF STATE HILLARY RODHAM CLINTON'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, former Secretary of State Hillary Rodham Clinton respectfully moves this Court to dismiss Plaintiff's Amended Complaint for lack of subject-matter jurisdiction, or, in the alternative, for failure to state a claim.

Dated:  September 19, 2018

Respectfully submitted,

/s/   David E. Kendall
David E. Kendall (DC Bar No. 252890)
Katherine Turner (DC Bar No. 495528)
Michael Mestitz (DC Bar No. 1047260)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
dkendall@wc.com
kturner@wc.com
mmestitz@wc.com

*Counsel for Former Secretary of State Hillary Rodham Clinton*

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2018, I caused a copy of the foregoing to be filed and served electronically upon the registered parties with the United States District Court for the District of Columbia via the Court's CM/ECF system.

The following individuals were served by First Class U.S. Mail:

Peter Strzok
3214 Prince William Drive
Fairfax, VA 22031

/s/ David E. Kendall
David E. Kendall