### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY JOHN BYRNE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:18-cv-01422-PLF |
| v. | ) |
| | ) |
| HILLARY RODHAM CLINTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MOTION OF DEFENDANT JOHN PODESTA
### TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendant John Podesta, by his undersigned counsel, respectfully moves this Court to dismiss the Amended Complaint (Dkt. No. 51) filed by plaintiff Gary J. Byrne on the grounds that the Amended Complaint (1) fails to present a justiciable case or controversy under Article III of the Constitution, and (2) fails to state a claim on which relief can be granted.

The grounds for this motion are more fully set forth in the attached Memorandum of Points and Authorities. Further, defendant Podesta adopts and incorporates by reference the Motion to Dismiss and supporting Memorandum (Dkt. Nos. 57, 57-1) filed by defendant Former Secretary Hillary Rodham Clinton.

Wherefore, Defendant Podesta respectfully requests that the Court enter an Order dismissing the Amended Complaint in its entirety. A proposed Order is submitted herewith.

Respectfully submitted,

/s/ Gloria B. Solomon
_____
Gloria B. Solomon
D.C. Bar No. 358880
TROUT CACHERIS & JANIS PLLC
1350 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036
Phone: (202) 464-3300
Fax: (202) 464-3319
gsolomon@troutcacheris.com

*Counsel for Defendant John Podesta*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2018, I caused the foregoing Motion of Defendant John Podesta to Dismiss the Amended Complaint, along with a supporting Memorandum of Points and Authorities and proposed Order, to be filed via the Court's electronic filing system, and served electronically upon the registered parties via the Court's CM/ECF system.

The following individuals were served by First Class U.S. Mail:

Peter Strzok
3214 Prince William Drive
Fairfax, VA 22031

/s/ Gloria B. Solomon
_____
Gloria B. Solomon