# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY J. BYRNE *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>HILLARY RODHAM CLINTON *et al*.<br><br>Defendants. | Civil Action No: 1:18-cv-1422-PLF |

## PROPOSED ORDER

Upon consideration of Defendant Peter Strzok's Motion to Dismiss and Supporting Memorandum of Points and Authorities (the "Motion"), it is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) Plaintiff Gary Byrne's Amended Complaint is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in chambers on _____ _____, 2019

_____
Paul L. Friedman
United States Senior District Judge

Copies Furnished to:
Counsel of Record
Unrepresented Parties